United States Bankruptcy Court

Northern District of Ohio

In re:

James A Polcar

Karen P Polcar

    Debtors

Case No. 14-14007-skk

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0647-1 | User: nbrow | Page 1 of 2 |
| --- | --- | --- |
| Date Rcvd: Jun 02, 2026 | Form ID: pdf849 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| cl | + Santander Bank, N.A., as servicer for Santander Co, 824 North Market Street, Wilmington, DE 19801-3024 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| ust | + Email/Text: ustpregion09.cl.ecf@usdoj.gov | Jun 02 2026 21:19:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Edward A Bailey | on behalf of Creditor FirstMerit Bank NA bknotice@reimerlaw.com |
| Edward J. Boll, III | on behalf of Creditor RoundPoint Mortgage Servicing Corp. NDOHBK@dinsmore.com edward.boll@dinsmore.com |
| Lauren A. Helbling | ch13trustee@ch13cleve.com trusteeohnb35@ecf.epiqsystems.com |

District/off: 0647-1

Date Rcvd: Jun 02, 2026

User: nbrow

Form ID: pdf849

Page 2 of 2

Total Noticed: 2

Mia L. Conner

on behalf of Creditor RoundPoint Mortgage Servicing Corp. NDOHBK@dinsmore.com

Susan M. Gray

on behalf of Debtor James A Polcar smgray@smgraylaw.com sgrayecfmail@gmail.com;mariesr74955@notify.bestcase.com

Susan M. Gray

on behalf of Debtor Karen P Polcar smgray@smgraylaw.com sgrayecfmail@gmail.com;mariesr74955@notify.bestcase.com

TOTAL: 6

**IT IS SO ORDERED.**

**Dated: 2 June, 2026 02:41 PM**

Suzana Krstevski Koch

**Suzana Krstevski Koch**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

In re: James A Polcar and Karen P Polcar )  Case No. 14-14007
)
*Debtor(s)* )  Chapter 13

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On_____, an application was filed for the Claimant(s), Santander Bank N.A. Servicing for Santander Consumer Usa Inc , for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ $266.57 held in unclaimed funds be made payable to Santander Bank N.A. and be disbursed to the payee at the following address:
824 North Market Street, Wilmington,DE 19801 .
The Clerk will disburse these funds not earlier than 14 days after entry of this order.

### ###